**Dismissed and Opinion Filed December 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00515-CV

### IN THE INTEREST OF K.L.H., R.A.L.H, S.C.H., E.N.H., S.L.H., AND F.A.H., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-01903**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The Court has before it appellant's motion to dismiss the appeal. Appellant states that he no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140515F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.L.H., R.A.L.H, S.C.H., E.N.H., S.L.H., AND F.A.H., CHILDREN

No. 05-14-00515-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-07-01903.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellees Anne Genschaw, The State of Texas, Natashia Hoeppner, and Kaye Lobato Dacosta recover their costs of the appeal, if any, from appellant Steven Hoeppner.

Judgment entered December 22, 2014.